UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

**BARBARA TORRISI,**

                Plaintiff,

    v.

**THE METROPOLITAN
LIFE INSURANCE COMPANY,**

                Defendant.

-----------------------------------------------------------x

03-12372 WGY

**MOTION TO EXTEND
LIMIT FOR SERVICE**

FILED
IN CLERKS OFFICE
2004 APR 27  P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

    Plaintiff, BARBARA TORRISI, by her attorney, STEPHEN L. RAYMOND, ESQ., moves, *ex parte*, for an extension of the time limit for service of the Summons and Complaint (Fed. R. Civ. P. 4(m)) for an additional 20 (twenty) days. Plaintiff advises the Court as follows:

    Plaintiff is now informed that defendant's last known address is no longer a valid address for defendant; service was subsequently attempted upon the agent for Metropolitan Group Insurance, which entity refused to accept on behalf of defendant; and, Plaintiff has arranged for service upon the Commonwealth of Massachusetts' Division of Insurance, statutory agent for defendant. Defendant will not be prejudiced by the allowance of this motion.

    WHEREFORE, Plaintiff respectfully requests an extension of the time limit for service of the Summons and Complaint up to and including twenty days from this date.

Dated:      Haverhill, MA
              April 26, 2004

                                      PLAINTIFF
                                      By her attorney,

                                      LAW OFFICE OF
                                      STEPHEN L. RAYMOND, ESQ.

                          By:    _____
                                      Stephen L. Raymond
                                      3 Washington Square, Ste. 206
                                      Haverhill, MA  01830
                                      (978) 372-6590
                                      BBO #567753

LAW OFFICE OF
## STEPHEN L. RAYMOND, ESQ.
SUITE 206
3 WASHINGTON SQUARE
HAVERHILL, MASSACHUSETTS 01830

*ALSO ADMITTED
IN NEW YORK

(978) 372-6590
FAX (978) 372-6596

FILED
IN CLERK'S OFFICE
2004 APR 27 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 26, 2004

U.S. District Court, District of Massachusetts
United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

    Re:    **Barbara Torrisi v. The Metropolitan Life Insurance Company**
            **Civ. No. 03-12372 WGY**

Dear Sir or Madam:

    Kindly find enclosed for filing, Plaintiff's Motion to Extend Limit for Service.

    Please note that while registered for electronic filing, I now await a username and password.

    Thank you for your kind cooperation in this regard. Please feel free to call with any questions you may have.

Very truly yours,

Stephen L. Raymond

Enc.