# United States District Court

DISTRICT OF __MASSACHUSETTS__

BARBARA TORRISI

V.

THE METROPOLITAN LIFE
INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03-12372 WGY

TO: (Name and address of defendant)

THE METROPOLITAN LIFE INSURANCE COMPANY
c/o Commonwealth of Massachusetts
Division of Insurance
One South Station
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE 5/3/04



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

May 19, 2004

I hereby certify and return that on 5/18/2004 at 8:40:00 AM I served two copies copy of the within Summons, Complaint and Cover Sheet, and Catagory Sheet in this action together with $6.00 in fees, upon the within named The Metropolitan Life Insurance Company in the following manner (See Mass. R. Civ. P. 4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $47.00

Deputy Sheriff George Shum

_____
Deputy Sheriff