UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED**
IN CLERKS OFFICE

CASE NO. 03-12372 NGS

2004 JUN -8 P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BARBARA TORRISI | ) |
|     Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant
Metropolitan Life Insurance Company in the above-captioned
matter.

METROPOLITAN LIFE
INSURANCE COMPANY,
By its attorney,


James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: June 7, 2004
202635.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on June 7, 2004