UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12372 WGY

BARBARA TORRISI )
    Plaintiff, )
  )
V. )
  )
METROPOLITAN LIFE )
INSURANCE COMPANY )
    Defendant. )

### MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant, Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), to enlarge the time within which it must serve a response to the complaint in this case to and including June 28, 2004. As grounds therefor, the defendant states that said additional time is necessary in order for it to prepare its response because of the complex nature of the issues raised in the complaint.

                METROPOLITAN LIFE
                INSURANCE COMPANY,
                By its attorney,

                /s/ James F. Kavanaugh, Jr.
                James F. Kavanaugh, Jr. BBO#262360
                CONN KAVANAUGH ROSENTHAL PEISCH
                  & FORD, LLP
                Ten Post Office Square
                Boston, MA 02109
                617-482-8200

DATED: June 7, 2004
202638.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on June 7, 2004

/s/ James F. Kavanaugh, Jr.