```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                    CASE NO. 03-12372 NMG

BARBARA TORRISI          )
     Plaintiff,          )
                         )
V.                       )
                         )
METROPOLITAN LIFE        )
INSURANCE COMPANY        )
     Defendant.          )
```

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter. Please note that the appearances of James F. Kavanaugh, Jr. and Conn Kavanaugh Rosenthal Peisch & Ford, LLP continue to remain on behalf of the defendant.

```
                         METROPOLITAN LIFE
                         INSURANCE COMPANY,
                         By its attorney,


                         /s/Johanna L. Matloff
                         Johanna L. Matloff  BBO#655178
                         CONN KAVANAUGH ROSENTHAL PEISCH
                           & FORD, LLP
                         Ten Post Office Square
                         Boston, MA 02109
                         617-482-8200
```

DATED: December 29, 2004

216915.1