UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12372 NMG

_____
BARBARA TORRISI                )
    Plaintiff,              )
                               )
V.                             )
                               )
METROPOLITAN LIFE              )
INSURANCE COMPANY              )
    Defendant.              )
_____)

**UNOPPOSED MOTION OF DEFENDANT TO ENLARGE TIME FOR RESPONDING TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b), the defendant hereby moves, without opposition from the plaintiff, to enlarge the time within which it must file and serve a response to Plaintiff's Motion to Compel Discovery by a period of two (2) weeks, from December 29, 2004 to **January 12, 2005**. As grounds therefor, the defendant states that said additional time is necessary for it to prepare its response. As further grounds, defendant's counsel has conferred with plaintiff's counsel, and plaintiff's counsel does not oppose this motion.

METROPOLITAN LIFE INSURANCE COMPANY,
By its attorneys,

/s/ Johanna L. Matloff_____
James F. Kavanaugh, Jr. BBO # 262360
Johanna L. Matloff BBO #655178
CONN, KAVANAUGH, ROSENTHAL,
    PEISCH & FORD, L.L.P.
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

216914.1