UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12372 NMG

_____
BARBARA TORRISI            )
    Plaintiff,              )
                           )
v.                         )
                           )
METROPOLITAN LIFE          )
INSURANCE COMPANY          )
    Defendant.              )
_____)

## JOINT MOTION FOR ORDER

    Plaintiff Barbara Torrisi and defendant Metropolitan Life Insurance Company jointly move that the Court enter the attached Stipulation as an order of this Court.

| | |
|---|---|
| BARBARA TORRISI<br>By her attorney, | METROPOLITAN LIFE INSURANCE COMPANY<br>By its attorneys, |
| /s/ Stephen L. Raymond (JLM)<br>_____<br>Stephen L. Raymond, Esq.<br>BBO# 567753<br>3 Washington Square<br>Suite 206<br>Haverhill, MA 01830<br>(978) 372-6590 | /s/ Johanna L. Matloff<br>_____<br>James F. Kavanaugh, Jr.<br>BBO# 262360<br>Johanna L. Matloff<br>BBO# 655178<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

Dated:  May 31, 2005

227731.1