UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12372 NMG

_____
BARBARA TORRISI              )
    Plaintiff,               )
                             )
v.                           )
                             )
METROPOLITAN LIFE            )
INSURANCE COMPANY            )
    Defendant.              )
_____)

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff Barbara Torrisi and defendant Metropolitan Life Insurance Company jointly move that the Court extend the scheduling order by a period of two (2) weeks such that the deadline for filing cross-motions for summary judgment be extended from July 8, 2005 to **July 22, 2005** and the deadline for filing responses to said cross-motions be extended from July 29, 2005 to **August 12, 2005**. As grounds for this motion, the parties state that they are discussing the potential settlement of the above case. A two week extension will provide the parties with an opportunity to continue settlement discussions in an attempt to resolve the case without further litigation and before further time and effort are expended in preparing the summary judgment briefs.

2

| BARBARA TORRISI | METROPOLITAN LIFE INSURANCE |
| By her attorney, | COMPANY |
| | By its attorneys, |

/s/ Stephen L. Raymond (JLM)   /s/ Johanna L. Matloff
_____   _____
Stephen L. Raymond, Esq.    James F. Kavanaugh, Jr.
BBO# 567753                 BBO# 262360
3 Washington Square         Johanna L. Matloff
Suite 206                   BBO# 655178
Haverhill, MA 01830         CONN KAVANAUGH ROSENTHAL
(978) 372-6590                PEISCH & FORD, LLP
                            Ten Post Office Square
                            Boston, MA  02109
                            (617) 482-8200

Dated:  July 6, 2005

230205.1