# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
### COUNSELORS AT LAW

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

WRITER'S DIRECT DIAL: 617-348-8272
E-MAIL: JMATLOFF@CKRPF.COM

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER

July 21, 2005

Hon. Nathaniel M. Gorton
U.S. District Court for the
 District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts  02210

    RE:    <u>Barbara Torrisi v. Metropolitan Life Insurance Company</u>
             Case No. 03-12372 NMG

Dear Judge Gorton:

    I write to report, with the authority of both parties in this matter, that the case has settled.

                                      Very truly yours,

                                      Johanna L. Matloff

JLM/5182-025

    cc:    Stephen L. Raymond, Esq.
            James F. Kavanaugh, Jr., Esq.

231784.1