UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12372 NMG

| | |
|---|---|
| BARBARA TORRISI<br>    Plaintiff,<br><br>V.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Barbara Torrisi and defendant Metropolitan Life Insurance Company hereby stipulate that all claims against defendant Metropolitan Life Insurance Company be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

BARBARA TORRISI
By her attorney,

_____
Stephen L. Raymond, Esq.
BBO# 567753
3 Washington Square
Suite 206
Haverhill, MA 01830
(978) 372-6590

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

_____
James F. Kavanaugh, Jr.
BBO# 262360
Johanna L. Matloff
BBO# 655178
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

231783.1